UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEREMY A. GONCALVES,            )
            Plaintiff,       )   Civil Action No. 15-30089-KAR
                            )
                            )
        v.            )
                            )
                            )
UNITED STATES OF AMERICA,   )
                            )
           Defendant.    )

ORDER OF DISMISSAL
October 21, 2015

ROBERTSON, U.S.M.J.

    Pursuant to the court's Order (Document No. 4) issued on July 15, 2015, and Plaintiff's failure to pay the $5.00 filing fee for *habeas corpus* actions, it is hereby ORDERED that the above-entitled action be and hereby is dismissed for failure to prosecute.

                                          By the Court,

                                          /s/ Melissa M. Calderón
                                          Deputy Clerk